**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: MERRITT, BETTY | § | Case No. 08-17971-BWB |
| | § | |
| | § | |
| Debtor(s) | § | |

# TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on July 11, 2008. The undersigned trustee was appointed on July 11, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of                $   42,133.39

|   Funds were disbursed in the following amounts:  |            |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 13,905.08 |
| Bank service fees | 1,845.34 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 18,880.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 7,502.97 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

      6. The deadline for filing non-governmental claims in this case was 07/23/2009 and the deadline for filing governmental claims was 01/07/2009. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,986.15. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $2,986.15, for a total compensation of $2,986.15.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/26/2015      By: /s/THOMAS B. SULLIVAN, TRUSTEE
                            Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-17971-BWB  
**Case Name:** MERRITT, BETTY  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/11/08 (f)  
**§341(a) Meeting Date:** 08/07/08  

**Period Ending:** 05/26/15  

**Claims Bar Date:** 07/23/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Ref. #** | **Asset Description** (Scheduled And Unscheduled (u) Property) | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1 | 210 N MITCHELL ST, WILMINGTON, IL | 96,000.00 | 1,000.00 | | 0.00 | FA |
| 2 | HOUSEHOLD GOODS | 20.00 | 0.00 | | 0.00 | FA |
| 3 | WEARING APPAREL | 10.00 | 0.00 | | 0.00 | FA |
| 4 | JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 5 | PI | 40,000.00 | 21,120.00 | | 42,133.32 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.07 | Unknown |
| 6 | Assets   Totals (Excluding unknown values) | **$136,130.00** | **$22,120.00** | | **$42,133.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

SETTLEMENT WITH MEDICAL LIENHOLDERS IN PROCESS

6/09 SETTLED AND COMPROMISED; PARTY IS IN BANKRUPTCY AWAITING COLLECTION; FINAL PAYMENT UNDER SETTLEMENT DUE JANUARY 31,2012; S

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010   **Current Projected Date Of Final Report (TFR):**   December 31, 2015

Printed: 05/26/2015 04:26 PM    V.13.21

Exhibit B

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 08-17971-BWB  
**Case Name:** MERRITT, BETTY  
**Taxpayer ID #:** **-***7973  
**Period Ending:** 05/26/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******08-65 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/30/10 | {5} | GALLAGHER BASSETT SERVICES INC. | INTEREST PAYMENT | 1142-000 | 1,066.66 | | 1,066.66 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-17971, Bond# 016026455 | 2300-000 | | 0.87 | 1,065.79 |
| 07/08/11 | {5} | GALLAGHER BASSET SVCS INC | PI INTERSET PAYMENT | 1142-000 | 533.33 | | 1,599.12 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,599.13 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2.70 | 1,596.43 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,596.44 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,571.44 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,571.45 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,546.45 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,546.46 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,521.46 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,521.47 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,496.47 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 1,496.48 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,471.48 |
| 01/05/12 | {5} | GALLAGHER BASSETT SVCS INC. | PI INTERST PAYMENT | 1142-000 | 533.33 | | 2,004.81 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,004.82 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,979.82 |
| 02/14/12 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #08-17971, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 1.27 | 1,978.55 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,953.55 |
| 03/20/12 | {5} | GALLAGHER BASSETT SERVICES INC. | SETTLEMENT OF INJURY CLAIM | 1142-000 | 40,000.00 | | 41,953.55 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.59 | 41,924.96 |
| 04/04/12 | 1003 | STEVEN C HANEY | FEES AND COSTS TO SPECIAL COUNSEL | | | 13,828.70 | 28,096.26 |
| | | | FEES           13,333.00 | 3210-600 | | | 28,096.26 |
| | | | COSTS            495.70 | 3220-610 | | | 28,096.26 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.65 | 28,023.61 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.17 | 27,960.44 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.38 | 27,905.06 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.99 | 27,844.07 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.95 | 27,785.12 |

Subtotals : $42,133.39   $14,348.27

{} Asset reference(s)

Printed: 05/26/2015 04:26 PM   V.13.21

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-17971-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | MERRITT, BETTY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******08-65 - Checking Account |
| Taxpayer ID #: | **-***7973 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 05/26/15 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.13 | 27,731.99 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.50 | 27,669.49 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.69 | 27,612.80 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.69 | 27,558.11 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 27,558.11 | 0.00 |
| | | | ACCOUNT TOTALS | | 42,133.39 | 42,133.39 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 27,558.11 | |
| | | | **Subtotal** | | 42,133.39 | 14,575.28 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$42,133.39** | **$14,575.28** | |

{} Asset reference(s)                                                                                                        Printed: 05/26/2015 04:26 PM        V.13.21

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| **Case Number:** | 08-17971-BWB | | **Trustee:** | THOMAS B. SULLIVAN, TRUSTEE (330180) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MERRITT, BETTY | | **Bank Name:** | The Bank of New York Mellon |
| | | | **Account:** | ****-******08-66 - Checking Account |
| **Taxpayer ID #:** | **-***7973 | | **Blanket Bond:** | $5,000,000.00  (per case limit) |
| **Period Ending:** | 05/26/15 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| (No Transactions on File for this Period) | | | **ACCOUNT TOTALS** | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)  
Printed: 05/26/2015 04:26 PM   V.13.21

## Form 2

Page: 4

### Cash Receipts And Disbursements Record

**Case Number:** 08-17971-BWB  
**Case Name:** MERRITT, BETTY  

**Taxpayer ID #:** **-***7973  
**Period Ending:** 05/26/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5865 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 27,558.11 | | 27,558.11 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.27 | 27,515.84 |
| 02/13/13 | 11004 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-17971, Bond #016026455 Voided on 02/13/13 | 2300-000 | | 26.30 | 27,489.54 |
| 02/13/13 | 11004 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-17971, Bond #016026455 Voided: check issued on 02/13/13 | 2300-000 | | -26.30 | 27,515.84 |
| 02/13/13 | 11005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-17971, bond#016026455 | 2300-000 | | 26.30 | 27,489.54 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.92 | 27,452.62 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.16 | 27,414.46 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.05 | 27,372.41 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.68 | 27,331.73 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.69 | 27,295.04 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.18 | 27,251.86 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.19 | 27,212.67 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.83 | 27,174.84 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.99 | 27,131.85 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.42 | 27,095.43 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.86 | 27,052.57 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.20 | 27,012.37 |
| 02/03/14 | 11006 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #08-17971, BOND#016026455 | 2300-000 | | 22.66 | 26,989.71 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.25 | 26,953.46 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.47 | 26,915.99 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.29 | 26,874.70 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.65 | 26,836.05 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.31 | 26,798.74 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.40 | 26,756.34 |
| 08/21/14 | 11007 | BETTY MERRITT | EXEMPTION TO DEBTOR | 8100-002 | | 15,000.00 | 11,756.34 |
| 08/21/14 | 11008 | BETTY MERRITT | DEBTOR'S EXEMPTION | 8100-002 | | 3,880.00 | 7,876.34 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.20 | 7,839.14 |

Subtotals :   $27,558.11   $19,718.97

{} Asset reference(s)

Printed: 05/26/2015 04:26 PM   V.13.21

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

**Case Number:** 08-17971-BWB  
**Case Name:** MERRITT, BETTY  

**Taxpayer ID #:** **-***7973  
**Period Ending:** 05/26/15  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5865 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.99 | 7,798.15 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.64 | 7,758.51 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.48 | 7,724.03 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.36 | 7,680.67 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.20 | 7,642.47 |
| 02/26/15 | 11009 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-17971, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 25.28 | 7,617.19 |
| 02/26/15 | 11009 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-17971, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -25.28 | 7,642.47 |
| 02/26/15 | 11010 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #08-17971, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 7.44 | 7,635.03 |
| 02/26/15 | 11010 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #08-17971, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -7.44 | 7,642.47 |
| 02/26/15 | 11011 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-17971, BOND NUMBER 10BSBGR6291 | 2300-000 | | 25.28 | 7,617.19 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.60 | 7,581.59 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.62 | 7,540.97 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.00 | 7,502.97 |
| | | | **ACCOUNT TOTALS** | | 27,558.11 | 20,055.14 | **$7,502.97** |
| | | | Less: Bank Transfers | | 27,558.11 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **20,055.14** | |
| | | | Less: Payments to Debtors | | | 18,880.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$1,175.14** | |

{} Asset reference(s)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

| | |
|---|---|
| **Case Number:** 08-17971-BWB | **Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180) |
| **Case Name:** MERRITT, BETTY | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******5865 - Checking Account |
| **Taxpayer ID #:** **-***7973 | **Blanket Bond:** $5,000,000.00 (per case limit) |
| **Period Ending:** 05/26/15 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |  |
|---|---|---|
| Net Receipts : | 42,133.39 | |
| Less Payments to Debtor : | 18,880.00 | |
| Net Estate : | $23,253.39 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******08-65 | 42,133.39 | 14,575.28 | 0.00 |
| Checking # ****-******08-66 | 0.00 | 0.00 | 0.00 |
| Checking # ******5865 | 0.00 | 1,175.14 | 7,502.97 |
| | $42,133.39 | $15,750.42 | $7,502.97 |

{} Asset reference(s)

Printed: 05/26/2015 04:26 PM    V.13.21

# EXHIBIT C
## ANALYSIS OF CLAIMS REGISTER

**Claims Bar Date:** July 23, 2009

**Case Number:** 08-17971-BWB  
**Debtor Name:** MERRITT, BETTY

Page: 1

**Date:** May 26, 2015  
**Time:** 04:26:43 PM

| Claim # | Creditor Name & Address | Claim Type | Claim Ref. No. / Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| ADMIN1 200 | THOMAS B. SULLIVAN, TRUSTEE<br>105 W Madison<br>Suite 1500<br>Chicago, IL 60602 | Admin Ch. 7 | [Updated by Surplus to Debtor Report based on Net Estate Value: 22361.50] | $2,986.15 | $0.00 | 2,986.15 |
| ADMIN2 200 | Clerk Of The U.S. Bankruptcy Court<br>219 S. Dearborn<br>Chicago, IL 60604 | Admin Ch. 7 | | $260.00 | $0.00 | 260.00 |
| NA 560 | ORTHOPEDIC ASSOCIATES OF KANKAKEE<br>C/O MIDSTATE COLLECTION SOLUTIONS, INC.<br>2009-B ROUND BARN ROAD, PO BOX 3292<br>CHAMPAIGN, IL 61826 | Secured | | $1,500.00 | $0.00 | 1,500.00 |
| NA 560 | RIVERSIDE MEDICAL CENTER | Secured | CREDITOR STATES THEY DO NOT HAVE A LIEN | $0.00 | $0.00 | 0.00 |
| 1-2 610 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $1,414.05 | $0.00 | 1,414.05 |
| 1I-2 640 | CHASE BANK USA, NA<br>PO BOX 15145<br>WILMINGTON, DE 19850 | Unsecured | | $218.79 | $0.00 | 218.79 |
| NAI 640 | ORTHOPEDIC ASSOCIATES OF KANKAKEE<br>C/O MIDSTATE COLLECTION SOLUTIONS, INC.<br>2009-B ROUND BARN ROAD, PO BOX 3292<br>CHAMPAIGN, IL 61826 | Unsecured | | $232.09 | $0.00 | 232.09 |
| SURPLUS 650 | MERRITT, BETTY<br>613 S. FAYETTEVILLE STREET<br>CLAYTON, NC 27520 | Unsecured | | $891.89 | $0.00 | 891.89 |
| **<< Totals >>** | | | | 7,502.97 | 0.00 | 7,502.97 |

**TRUSTEE'S PROPOSED DISTRIBUTION**                                                    Exhibit D

Case No.: 08-17971-BWB
Case Name: MERRITT, BETTY
Trustee Name: THOMAS B. SULLIVAN, TRUSTEE

**Balance on hand:**                        $         7,502.97

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NA | RIVERSIDE MEDICAL CENTER | 4,217.00 | 0.00 | 0.00 | 0.00 |
| NA | ORTHOPEDIC ASSOCIATES OF KANKAKEE | 4,863.00 | 1,500.00 | 0.00 | 1,500.00 |

Total to be paid to secured creditors:   $         1,500.00
Remaining balance:                        $         6,002.97

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,986.15 | 0.00 | 2,986.15 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

Total to be paid for chapter 7 administration expenses:   $         3,246.15
Remaining balance:                                        $         2,756.82

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:   $         0.00
Remaining balance:                                            $         2,756.82

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,756.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,414.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | CHASE BANK USA, NA | 1,414.05 | 0.00 | 1,414.05 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,414.05 |
| Remaining balance: | $ | 1,342.77 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 1,342.77 |

**UST Form 101-7-TFR (05/1/2011)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 1,342.77

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 2.3% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $450.88.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 891.89.

**UST Form 101-7-TFR (05/1/2011)**