# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re: MERRITT, BETTY                    §   Case No. 08-17971-BWB
                                         §
                                         §
Debtor(s)                                §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S Dearborn Street
Chicago, IL  60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:00am on 07/24/2015 in Courtroom         , United States Courthouse,
150 W Jefferson Street
Second Floor
Joliet, IL
.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Date Mailed:  06/16/2015        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                             Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MERRITT, BETTY § Case No. 08-17971-BWB
§
§
Debtor(s) §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 42,133.39 |
| *and approved disbursements of* | $ 34,630.42 |
| *leaving a balance on hand of* [1] | $ 7,502.97 |
| **Balance on hand:** | $ 7,502.97 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| NA | RIVERSIDE MEDICAL CENTER | 4,217.00 | 0.00 | 0.00 | 0.00 |
| NA | ORTHOPEDIC ASSOCIATES OF KANKAKEE | 4,863.00 | 1,500.00 | 0.00 | 1,500.00 |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 1,500.00 |
| Remaining balance: | $ 6,002.97 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - THOMAS B. SULLIVAN, TRUSTEE | 2,986.15 | 0.00 | 2,986.15 |
| Charges, U.S. Bankruptcy Court | 260.00 | 0.00 | 260.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 3,246.15 |
| Remaining balance: | $ 2,756.82 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 2,756.82 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 2,756.82 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,414.05 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | CHASE BANK USA, NA | 1,414.05 | 0.00 | 1,414.05 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,414.05 |
| Remaining balance: | $ | 1,342.77 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for tardy general unsecured claims: | $ | 0.00 |
| Remaining balance: | $ | 1,342.77 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 1,342.77 |

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 2.3% pursuant to 11 U.S.C. § 726(a)(5).  Funds available for interest are $450.88.  The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $ 891.89.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/THOMAS B. SULLIVAN, TRUSTEE
Trustee

THOMAS B. SULLIVAN, TRUSTEE
105 W Madison
Suite 1500
Chicago, IL  60602
(312) 878-4802

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Betty J Merritt  
     Debtor

Case No. 08-17971-BWB  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: mgonzalez     Page 1 of 2     Date Rcvd: Jun 17, 2015  
                       Form ID: pdf006     Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 19, 2015.

```
db           +Betty J Merritt,    613 S Fayetteville Street,    Clayton, NC 27520-2715
aty          +Steven C Haney,    116 North Chicago Street,    Suite 302,    Joliet, IL 60432-4293
12406201     +Affiliated Cancer Spec. P.C.,    375 N. Wall Street P320,    Kankakee, IL 60901-3490
12406202      Associated Radiologist Joliet,    P.O. Box 3837,    Springfield, IL 62708-3837
12406203     +Associated Radiologists,    1201 Michigan Ave.,    Suite 390,    Logansport, IN 46947-1585
14349700      CHASE BANK USA, NA,    PO BOX 15145,    WILMINGTON, DE 19850-5145
12406205      Chase Cardmember Service,    PO Box 15153,    Wilmington, DE 19886-5153
12406209      EPMG of Illinoise, S.C.,    PO Box 95968,    Oklahoma City, OK 73143-5968
12406210     +Grundy Bank,    201 Liberty Street,    PO Box 520,    Morris, IL 60450-0520
12406212     +Lora Page,    210 N. Mitchell Street,    Wilmington, IL 60481-1222
12406213     +MB Financial Bank,    6111 N. River Road,    Des Plaines, IL 60018-5111
12406215     +Midwest Anesthesiologists LTD,    10660 W. 143rd Street, Suite B,    Orland Park, IL 60462-1989
12406216     +Orthopedic Associates of Kanka,    400 S. Kennedy,    Bradley, IL 60915-2682
12406219      Orthopedic Associates of Kanka,    C/o Robert Dodd & Associates,
               303 S. Mattis Avenue, Suite 201,    Champaign, IL 61821-3070
12406218     +Riverside Medical Center,    350 North Wall Street,    Kankakee, IL 60901-2991
12406217     +Sprint,    C/o Receivables Performance Management,    1930 220th St. SE,    Suite 101,
               Bothell, WA 98021-8410
12406223     +WFNNB/Woman Within,    4590 E. Braod St,    Columbus, OH 43213-1301
12406221      Wells Fargo Auto Finance, Inc.,    P.O. Box 29704,    Phoenix, AZ 85038-9704
12406222      Wells Fargo Financial Bank,    P.O. Box 98751,    Las Vegas, NV 89193-8751
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
12406206     +E-mail/Text: clerical.department@yahoo.com Jun 18 2015 01:15:31
               Affiliated Cancer Spec. P.C.,    c/o Creditors Collection Bureau In,    755 Almar Parkway,
               Bourbonnais, IL 60914-2392
12406207     +E-mail/Text: clerical.department@yahoo.com Jun 18 2015 01:15:31    Associated Radiologists,
               c/o Creditors Collection Bureau In,    755 Almar Parkway,    Bourbonnais, IL 60914-2392
12406204     +E-mail/Text: clerical.department@yahoo.com Jun 18 2015 01:15:31
               Bourbonnais Comm. Health Ctr.,    c/o Creditors Collection Bureau,    755 Almar Parkway,
               Bourbonnais, IL 60914-2392
12507953      E-mail/Text: clientservices@northwestcollectors.com Jun 18 2015 01:15:54
               Bourbonnais Fire Protection,    c/o Northwest Collectors Inc,    3601 Algonquin Road Suite 232,
               Rolling Meadows, IL 60008-3106
13894396     +E-mail/Text: bncmail@w-legal.com Jun 18 2015 01:16:32    CHASE BANK USA,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12406211     +E-mail/Text: ebnsterling@weltman.com Jun 18 2015 01:15:58    Kay Jewelers,    375 Ghent Road,
               Fairlawn, OH 44333-4600
12406208     +E-mail/Text: clerical.department@yahoo.com Jun 18 2015 01:15:31
               Midwest Anesthesiologists LTD,    C/o Creditors Collection Bureau In,    755 Almar Parkway,
               Bourbonnais, IL 60914-2392
12406214      E-mail/Text: mwilkey@midstatecollections.com Jun 18 2015 01:17:02
               Orthopedic Associates of Kanka,    C/o Midstate Collection Solutions, Inc.,    P.O. Box 3292,
               Champaign, IL 61826-3292
12406220      E-mail/Text: appebnmailbox@sprint.com Jun 18 2015 01:16:17    Sprint,    PO Box 4181,
               Carol Stream, IL 60197-4181
12406224     +E-mail/Text: clerical.department@yahoo.com Jun 18 2015 01:15:31
               Wilmington Comm. Health Ctr.,    c/o Creditors Collection Bureau,    755 Almar Parkway,
               Bourbonnais, IL 60914-2392
                                                                                              TOTAL: 10
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Law Office of William J. Factor, Ltd.
                                                                                               TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 19, 2015                                Signature: /s/Joseph Speetjens

```
District/off: 0752-1        User: mgonzalez           Page 2 of 2           Date Rcvd: Jun 17, 2015
                            Form ID: pdf006           Total Noticed: 29
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 16, 2015 at the address(es) listed below:

              David P Lloyd     on behalf of Trustee Thomas B Sullivan courtdocs@davidlloydlaw.com
              Jean M. Huang     on behalf of Debtor Betty J Merritt court@sbhpc.net,  jhuang@sbhpc.net,
               ksmith@sbhpc.net,steve_horvath@ilnb.uscourts.gov
              Kelly  Smith     on behalf of Debtor Betty J Merritt court@sbhpc.net,  ksmith@sbhpc.net,
               jhuang@sbhpc.net
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stuart B Handelman     on behalf of Debtor Betty J Merritt court@sbhpc.net,  ksmith@sbhpc.net,
               jhuang@sbhpc.net
              Terri M Long    on behalf of Creditor   Wells Fargo Financial Illinois, Inc. Courts@tmlong.com
              Thomas B Sullivan     tsullivan@wfactorlaw.com,  IL19@ecfcbis.com;gsullivan@ecf.inforuptcy.com
              Yanick  Polycarpe     on behalf of Creditor   Grundy Bank ypolycarpe@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                             TOTAL: 8