**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MERRITT, BETTY                                    § Case No. 08-17971-BWB
                                                          §
                                                          §
                                                          §
Debtor(s)                                                 §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

   THOMAS B. SULLIVAN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

   Assets Abandoned: $96,130.00                    Assets Exempt: $34,010.00
   *(without deducting any secured claims)*

   Total Distribution to Claimants: $3,364.93      Claims Discharged
                                                    Without Payment: $0.00

   Total Expenses of Administration: $18,996.57

   3)  Total gross receipts of $ 42,133.39 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 19,771.89 (see **Exhibit 2**), yielded net receipts of $22,361.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $9,080.00 | $1,500.00 | $1,500.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 18,996.57 | 18,996.57 | 18,996.57 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 1,864.93 | 1,864.93 | 1,864.93 |
| **TOTAL DISBURSEMENTS** | $0.00 | $29,941.50 | $22,361.50 | $22,361.50 |

4) This case was originally filed under Chapter 7 on July 11, 2008. The case was pending for 90 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/13/2016          By: /s/THOMAS B. SULLIVAN, TRUSTEE
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| PI | 1142-000 | 42,133.32 |
| Interest Income | 1270-000 | 0.07 |
| **TOTAL GROSS RECEIPTS** | | **$42,133.39** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| BETTY MERRITT | EXEMPTION TO DEBTOR | 8100-002 | 0.00 |
| BETTY MERRITT | DEBTOR'S EXEMPTION | 8100-002 | 0.00 |
| MERRITT, BETTY | Dividend paid 100.00% on $891.89; Claim# SURPLUS; Filed: $891.89; Reference: | 8200-002 | 0.00 |
| Clerk Of The U.S. Bankruptcy Court | | 8200-002 | 891.89 |
| Clerk Of The U.S. Bankruptcy Court | | 8100-002 | 18,880.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$19,771.89** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | RIVERSIDE MEDICAL CENTER | 4220-000 | N/A | 4,217.00 | 0.00 | 0.00 |
| NA | ORTHOPEDIC ASSOCIATES OF KANKAKEE | 4220-000 | N/A | 4,863.00 | 1,500.00 | 1,500.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$9,080.00** | **$1,500.00** | **$1,500.00** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| THOMAS B. SULLIVAN, TRUSTEE | 2100-000 | N/A | 2,986.15 | 2,986.15 | 2,986.15 |
| Clerk Of The U.S. Bankruptcy Court | 2700-000 | N/A | 260.00 | 260.00 | 260.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 0.87 | 0.87 | 0.87 |
| The Bank of New York Mellon | 2600-000 | N/A | 2.70 | 2.70 | 2.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 1.27 | 1.27 | 1.27 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 28.59 | 28.59 | 28.59 |
| STEVEN C HANEY | 3210-600 | N/A | 13,333.00 | 13,333.00 | 13,333.00 |
| STEVEN C HANEY | 3220-610 | N/A | 495.70 | 495.70 | 495.70 |
| The Bank of New York Mellon | 2600-000 | N/A | 72.65 | 72.65 | 72.65 |
| The Bank of New York Mellon | 2600-000 | N/A | 63.17 | 63.17 | 63.17 |
| The Bank of New York Mellon | 2600-000 | N/A | 55.38 | 55.38 | 55.38 |
| The Bank of New York Mellon | 2600-000 | N/A | 60.99 | 60.99 | 60.99 |
| The Bank of New York Mellon | 2600-000 | N/A | 58.95 | 58.95 | 58.95 |
| The Bank of New York Mellon | 2600-000 | N/A | 53.13 | 53.13 | 53.13 |
| The Bank of New York Mellon | 2600-000 | N/A | 62.50 | 62.50 | 62.50 |
| The Bank of New York Mellon | 2600-000 | N/A | 56.69 | 56.69 | 56.69 |
| The Bank of New York Mellon | 2600-000 | N/A | 54.69 | 54.69 | 54.69 |
| Rabobank, N.A. | 2600-000 | N/A | 42.27 | 42.27 | 42.27 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 26.30 | 26.30 | 26.30 |
| Rabobank, N.A. | 2600-000 | N/A | 36.92 | 36.92 | 36.92 |
| Rabobank, N.A. | 2600-000 | N/A | 38.16 | 38.16 | 38.16 |
| Rabobank, N.A. | 2600-000 | N/A | 42.05 | 42.05 | 42.05 |
| Rabobank, N.A. | 2600-000 | N/A | 40.68 | 40.68 | 40.68 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 36.69 | 36.69 | 36.69 |
| Rabobank, N.A. | 2600-000 | N/A | 43.18 | 43.18 | 43.18 |
| Rabobank, N.A. | 2600-000 | N/A | 39.19 | 39.19 | 39.19 |
| Rabobank, N.A. | 2600-000 | N/A | 37.83 | 37.83 | 37.83 |
| Rabobank, N.A. | 2600-000 | N/A | 42.99 | 42.99 | 42.99 |
| Rabobank, N.A. | 2600-000 | N/A | 36.42 | 36.42 | 36.42 |
| Rabobank, N.A. | 2600-000 | N/A | 42.86 | 42.86 | 42.86 |
| Rabobank, N.A. | 2600-000 | N/A | 40.20 | 40.20 | 40.20 |
| INTERNATIONAL SURETIES, | 2300-000 | N/A | 22.66 | 22.66 | 22.66 |
| Rabobank, N.A. | 2600-000 | N/A | 36.25 | 36.25 | 36.25 |
| Rabobank, N.A. | 2600-000 | N/A | 37.47 | 37.47 | 37.47 |
| Rabobank, N.A. | 2600-000 | N/A | 41.29 | 41.29 | 41.29 |
| Rabobank, N.A. | 2600-000 | N/A | 38.65 | 38.65 | 38.65 |
| Rabobank, N.A. | 2600-000 | N/A | 37.31 | 37.31 | 37.31 |
| Rabobank, N.A. | 2600-000 | N/A | 42.40 | 42.40 | 42.40 |
| Rabobank, N.A. | 2600-000 | N/A | 37.20 | 37.20 | 37.20 |
| Rabobank, N.A. | 2600-000 | N/A | 40.99 | 40.99 | 40.99 |
| Rabobank, N.A. | 2600-000 | N/A | 39.64 | 39.64 | 39.64 |
| Rabobank, N.A. | 2600-000 | N/A | 34.48 | 34.48 | 34.48 |
| Rabobank, N.A. | 2600-000 | N/A | 43.36 | 43.36 | 43.36 |
| Rabobank, N.A. | 2600-000 | N/A | 38.20 | 38.20 | 38.20 |
| ARTHUR B. LEVINE COMPANY | 2300-000 | N/A | 25.28 | 25.28 | 25.28 |
| Rabobank, N.A. | 2600-000 | N/A | 35.60 | 35.60 | 35.60 |
| Rabobank, N.A. | 2600-000 | N/A | 40.62 | 40.62 | 40.62 |
| Rabobank, N.A. | 2600-000 | N/A | 38.00 | 38.00 | 38.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $18,996.57 | $18,996.57 | $18,996.57 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

### EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 -2 | CHASE BANK USA, NA | 7100-000 | N/A | 1,414.05 | 1,414.05 | 1,414.05 |
| 1I-2 | CHASE BANK USA, NA | 7990-000 | N/A | 218.79 | 218.79 | 218.79 |
| NAI | ORTHOPEDIC ASSOCIATES OF KANKAKEE | 7990-000 | N/A | 232.09 | 232.09 | 232.09 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $1,864.93 | $1,864.93 | $1,864.93 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 08-17971-BWB  
**Case Name:** MERRITT, BETTY  

**Trustee:** (330180) THOMAS B. SULLIVAN, TRUSTEE  
**Filed (f) or Converted (c):** 07/11/08 (f)  
**§341(a) Meeting Date:** 08/07/08  

**Period Ending:** 01/13/16  
**Claims Bar Date:** 07/23/09

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  210 N MITCHELL ST, WILMINGTON, IL | 96,000.00 | 1,000.00 | | 0.00 | FA |
| 2  HOUSEHOLD GOODS | 20.00 | 0.00 | | 0.00 | FA |
| 3  WEARING APPAREL | 10.00 | 0.00 | | 0.00 | FA |
| 4  JEWELRY | 100.00 | 0.00 | | 0.00 | FA |
| 5  PI | 40,000.00 | 21,120.00 | | 42,133.32 | FA |
| Int  INTEREST (u) | Unknown | N/A | | 0.07 | FA |
| 6  Assets  Totals (Excluding unknown values) | **$136,130.00** | **$22,120.00** | | **$42,133.39** | **$0.00** |

**Major Activities Affecting Case Closing:**

SENT FINAL TO US TEE 6/1/15  
SETTLEMENT WITH MEDICAL LIENHOLDERS IN PROCESS

6/09 SETTLED AND COMPROMISED; PARTY IS IN BANKRUPTCY AWAITING COLLECTION; FINAL PAYMENT UNDER SETTLEMENT DUE JANUARY 31,2012; S

**Initial Projected Date Of Final Report (TFR):** December 31, 2010    **Current Projected Date Of Final Report (TFR):** July 24, 2015 (Actual)

Exhibit 9

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-17971-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | MERRITT, BETTY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******08-65 - Checking Account |
| Taxpayer ID #: | **-***7973 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/13/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/30/10 | {5} | GALLAGHER BASSETT SERVICES INC. | INTEREST PAYMENT | 1142-000 | 1,066.66 | | 1,066.66 |
| 02/15/11 | 1001 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/15/2011 FOR CASE #08-17971, Bond# 016026455 | 2300-000 | | 0.87 | 1,065.79 |
| 07/08/11 | {5} | GALLAGHER BASSET SVCS INC | PI INTERSET PAYMENT | 1142-000 | 533.33 | | 1,599.12 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,599.13 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 2.70 | 1,596.43 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,596.44 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,571.44 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,571.45 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,546.45 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,546.46 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,521.46 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,521.47 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,496.47 |
| 12/30/11 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 1,496.48 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,471.48 |
| 01/05/12 | {5} | GALLAGHER BASSETT SVCS INC. | PI INTERST PAYMENT | 1142-000 | 533.33 | | 2,004.81 |
| 01/31/12 | Int | The Bank of New York Mellon | Interest posting at  0.0100% | 1270-000 | 0.01 | | 2,004.82 |
| 01/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,979.82 |
| 02/14/12 | 1002 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2011 FOR CASE #08-17971, BOND#016026455/Feb 1, 2012 thru Feb 1, 2013 | 2300-000 | | 1.27 | 1,978.55 |
| 02/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,953.55 |
| 03/20/12 | {5} | GALLAGHER BASSETT SERVICES INC. | SETTLEMENT OF INJURY CLAIM | 1142-000 | 40,000.00 | | 41,953.55 |
| 03/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 28.59 | 41,924.96 |
| 04/04/12 | 1003 | STEVEN C HANEY | FEES AND COSTS TO SPECIAL COUNSEL | | | 13,828.70 | 28,096.26 |
| | | | FEES               13,333.00 | 3210-600 | | | 28,096.26 |
| | | | COSTS                  495.70 | 3220-610 | | | 28,096.26 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 72.65 | 28,023.61 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 63.17 | 27,960.44 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 55.38 | 27,905.06 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 60.99 | 27,844.07 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 58.95 | 27,785.12 |

Subtotals :            $42,133.39          $14,348.27

{} Asset reference(s)                                                                                                   Printed: 01/13/2016 07:13 PM    V.13.25

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 08-17971-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | MERRITT, BETTY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******08-65 - Checking Account |
| Taxpayer ID #: | **-***7973 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/13/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 53.13 | 27,731.99 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 62.50 | 27,669.49 |
| 11/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 56.69 | 27,612.80 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 54.69 | 27,558.11 |
| 01/03/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033018088 20130103 | 9999-000 | | 27,558.11 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **42,133.39** | **42,133.39** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 27,558.11 | |
| | | | **Subtotal** | | **42,133.39** | **14,575.28** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$42,133.39** | **$14,575.28** | |

{} Asset reference(s)                                                                                                    Printed: 01/13/2016 07:13 PM    V.13.25

Case 08-17971    Doc 54    Filed 02/01/16    Entered 02/01/16 14:12:38    Desc Main
Document      Page 10 of 13

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

| Case Number: | 08-17971-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | MERRITT, BETTY | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******08-66 - Checking Account |
| Taxpayer ID #: | **-***7973 | | Blanket Bond: | $5,000,000.00  (per case limit) |
| Period Ending: | 01/13/16 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| (No Transactions on File for this Period) | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **0.00** | **0.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$0.00** | |

{} Asset reference(s)                                                                                                         Printed: 01/13/2016 07:13 PM    V.13.25

# Form 2
## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 08-17971-BWB  
**Case Name:** MERRITT, BETTY  

**Taxpayer ID #:** **-***7973  
**Period Ending:** 01/13/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5865 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 01/04/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 27,558.11 | | 27,558.11 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.27 | 27,515.84 |
| 02/13/13 | 11004 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-17971, Bond #016026455<br>Voided on 02/13/13 | 2300-000 | | 26.30 | 27,489.54 |
| 02/13/13 | 11004 | THOMAS B. SULLIVAN | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-17971, Bond #016026455<br>Voided: check issued on 02/13/13 | 2300-000 | | -26.30 | 27,515.84 |
| 02/13/13 | 11005 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2012 FOR CASE #08-17971, bond#016026455 | 2300-000 | | 26.30 | 27,489.54 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.92 | 27,452.62 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.16 | 27,414.46 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.05 | 27,372.41 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.68 | 27,331.73 |
| 06/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.69 | 27,295.04 |
| 07/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.18 | 27,251.86 |
| 08/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.19 | 27,212.67 |
| 09/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.83 | 27,174.84 |
| 10/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.99 | 27,131.85 |
| 11/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.42 | 27,095.43 |
| 12/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.86 | 27,052.57 |
| 01/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.20 | 27,012.37 |
| 02/03/14 | 11006 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2013 FOR CASE #08-17971, BOND#016026455 | 2300-000 | | 22.66 | 26,989.71 |
| 02/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 36.25 | 26,953.46 |
| 03/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.47 | 26,915.99 |
| 04/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 41.29 | 26,874.70 |
| 05/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.65 | 26,836.05 |
| 06/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.31 | 26,798.74 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 42.40 | 26,756.34 |
| 08/21/14 | 11007 | BETTY MERRITT | EXEMPTION TO DEBTOR<br>Stopped on 11/15/15 | 8100-002 | | 15,000.00 | 11,756.34 |
| 08/21/14 | 11008 | BETTY MERRITT | DEBTOR'S EXEMPTION | 8100-002 | | 3,880.00 | 7,876.34 |

Subtotals :     $27,558.11     $19,681.77

{} Asset reference(s)                                         Printed: 01/13/2016 07:13 PM     V.13.25

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 5

| Case Number: | 08-17971-BWB | | Trustee: | THOMAS B. SULLIVAN, TRUSTEE (330180) |
|---|---|---|---|---|
| Case Name: | MERRITT, BETTY | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******5865 - Checking Account |
| Taxpayer ID #: | **-***7973 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 01/13/16 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| | | | Stopped on 11/15/15 | | | | |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 37.20 | 7,839.14 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.99 | 7,798.15 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 39.64 | 7,758.51 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.48 | 7,724.03 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 43.36 | 7,680.67 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.20 | 7,642.47 |
| 02/26/15 | 11009 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-17971, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 25.28 | 7,617.19 |
| 02/26/15 | 11009 | INTERNATIONAL SURETIES, | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-17971, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -25.28 | 7,642.47 |
| 02/26/15 | 11010 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #08-17971, BOND NUMBER 10BSBGR6291 Voided on 02/26/15 | 2300-000 | | 7.44 | 7,635.03 |
| 02/26/15 | 11010 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2014 FOR CASE #08-17971, BOND NUMBER 10BSBGR6291 Voided: check issued on 02/26/15 | 2300-000 | | -7.44 | 7,642.47 |
| 02/26/15 | 11011 | ARTHUR B. LEVINE COMPANY | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2014 FOR CASE #08-17971, BOND NUMBER 10BSBGR6291 | 2300-000 | | 25.28 | 7,617.19 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 35.60 | 7,581.59 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 40.62 | 7,540.97 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.00 | 7,502.97 |
| 07/29/15 | 11012 | THOMAS B. SULLIVAN, TRUSTEE | Dividend paid 100.00% on $2,986.15, Trustee Compensation;  Reference: | 2100-000 | | 2,986.15 | 4,516.82 |
| 07/29/15 | 11013 | Clerk Of The U.S. Bankruptcy Court | Dividend paid 100.00% on $260.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 260.00 | 4,256.82 |
| 07/29/15 | 11014 | ORTHOPEDIC ASSOCIATES OF KANKAKEE | Dividend paid 100.00% on $1,500.00; Claim# NA; Filed: $4,863.00; Reference: | 4220-000 | | 1,500.00 | 2,756.82 |
| 07/29/15 | 11015 | CHASE BANK USA, NA | Dividend paid 100.00% on $1,414.05; Claim# 1 -2; Filed: $1,414.05; Reference: | 7100-000 | | 1,414.05 | 1,342.77 |
| 07/29/15 | 11016 | CHASE BANK USA, NA | Dividend paid 100.00% on $218.79; Claim# | 7990-000 | | 218.79 | 1,123.98 |

Subtotals :   $0.00   $6,752.36

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 6

**Case Number:** 08-17971-BWB  
**Case Name:** MERRITT, BETTY  

**Taxpayer ID #:** **-***7973  
**Period Ending:** 01/13/16  

**Trustee:** THOMAS B. SULLIVAN, TRUSTEE (330180)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******5865 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | | 1I-2; Filed: $218.79; Reference: | | | | |
| 07/29/15 | 11017 | ORTHOPEDIC ASSOCIATES OF KANKAKEE | Dividend paid 100.00% on $232.09; Claim# NAI; Filed: $232.09; Reference: | 7990-000 | | 232.09 | 891.89 |
| 07/29/15 | 11018 | MERRITT, BETTY | Dividend paid 100.00% on $891.89; Claim# SURPLUS; Filed: $891.89; Reference: Stopped on 11/15/15 | 8200-002 | | 891.89 | 0.00 |
| 11/15/15 | 11007 | BETTY MERRITT | EXEMPTION TO DEBTOR  Stopped: check issued on 08/21/14 | 8100-002 | | -15,000.00 | 15,000.00 |
| 11/15/15 | 11008 | BETTY MERRITT | DEBTOR'S EXEMPTION  Stopped: check issued on 08/21/14 | 8100-002 | | -3,880.00 | 18,880.00 |
| 11/15/15 | 11018 | MERRITT, BETTY | Dividend paid 100.00% on $891.89; Claim# SURPLUS; Filed: $891.89; Reference: Stopped: check issued on 07/29/15 | 8200-002 | | -891.89 | 19,771.89 |
| 11/15/15 | 11019 | Clerk Of The U.S. Bankruptcy Court | UNCLAIMED FUNDS | | | 19,771.89 | 0.00 |
| | | | 891.89 | 8200-002 | | | 0.00 |
| | | | 18,880.00 | 8100-002 | | | 0.00 |

| | | |
|---|---|---|
| **ACCOUNT TOTALS** | 27,558.11 | 27,558.11 | $0.00 |
| Less: Bank Transfers | 27,558.11 | 0.00 | |
| **Subtotal** | 0.00 | 27,558.11 | |
| Less: Payments to Debtors | | 19,771.89 | |
| **NET Receipts / Disbursements** | $0.00 | $7,786.22 | |

| | |
|---|---|
| Net Receipts : | 42,133.39 |
| Less Payments to Debtor : | 19,771.89 |
| Net Estate : | $22,361.50 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******08-65 | 42,133.39 | 14,575.28 | 0.00 |
| Checking # ****-******08-66 | 0.00 | 0.00 | 0.00 |
| Checking # ******5865 | 0.00 | 7,786.22 | 0.00 |
| | $42,133.39 | $42,133.39 | $0.00 |

{} Asset reference(s)