# United States Bankruptcy Court
## Northern District of Illinois
Eastern **Division**

In Re:

Betty Merritt ) Bankruptcy Case No. 08-17971

Debtor

### ORDER GRANTING MOTION TO WITHDRAW UNCLAIMED FUNDS

IT IS HEREBY ORDERED that the Clerk of the United States Bankruptcy Court is directed to pay $ 6,590.63 to Jane Chrisine Serna claimant in the above captioned case.

Last Four Digits of Claimant Social Security number or EIN 4678 .

_____
Bruce W. Black
United States Bankruptcy Judge

Dated: 5/18/16

Payment to be mailed to:

Michael Theisen, Esq.
Tews, Theisen & Theisen
One N. LaSalle St., #3000
Chicago, Illinois 60602

Rev. 09-13-12lh