# United States Bankruptcy Court
## Northern District of Illinois
Eastern **Division**

In Re:

                       )
                       )

Betty Merritt                 )      Bankruptcy Case No. 08-17971
                       )
                       )
                       )
                       )

Debtor                      )

## ORDER GRANTING MOTION TO WITHDRAW UNCLAIMED FUNDS

**IT IS HEREBY ORDERED** that the Clerk of the United States Bankruptcy Court is directed to pay $ 6,590.63 _____ to Thomas Merritt _____ claimant in the above captioned case.

Last Four Digits of Claimant Social Security number or EIN 6943 _____ .

_Bruce W. Black_ (signature)

**Bruce W. Black**
**United States Bankruptcy Judge**

Dated: 5/18/16

Payment to be mailed to:

Michael Theisen, Esq.
Tews, Theisen & Theisen
One N. LaSalle St., #3000
Chicago, Illinois 60602

Rev. 09-13-12lh